UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENDANT NO. 1: Contents of )<br>US Bank, Account No. 145570964133, )<br>containing approximately $62,474.53; )<br>)<br>DEFENDANT NO. 2: Contents of )<br>Peoples Bank, Account No. 102005508, )<br>containing approximately $23,400.81; )<br>)<br>DEFENDANT NO. 3: Contents of Metcalf )<br>Bank, Account No. 10459524, containing )<br>approximately $33,659.10; )<br>)<br>DEFENDANT NO. 4: Contents of Valley )<br>View Bank, Account No. 160000454141, )<br>containing approximately $7,627.86; )<br>)<br>DEFENDANT NO. 5: Contents of Valley )<br>View Bank, Account No. 160012175441, )<br>containing approximately $6,601.50; )<br>)<br>DEFENDANT NO. 6: 1998 JAGUAR X8L, )<br>VIN: SAJHX6242WC840212, with all )<br>attachments thereon; )<br>)<br>DEFENDANT NO. 7: Contents of )<br>TransFirst, Account No. 39307302090778, )<br>containing approximately $68,660.83; )<br>)<br>DEFENDANT NO. 8: Contents of EPX, )<br>Wilmington, Delaware, Merchant Account )<br>No. 2924 and all reserve/contra accounts )<br>held for ASP Incorporated, containing )<br>approximately $30,713.58; )<br>)<br>DEFENDANT NO. 9: Contents of Bank )<br>of Blue Valley, Overland Park, Kansas, )<br>Account No. 238176, containing )<br>approximately $30,142.83; ) | Civil Case No. 09-1370-EFM-KMH |

DEFENDANT No. 10: Jensen Marine )
Sailboat, "Hana II", United States Coast )
Guard Registration Number 560193; )
)
              Defendants. )
)

## AMENDED COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Lanny D. Welch, United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States Attorney, brings this Complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1.    This is an action to forfeit and condemn to the United States of America, the defendants identified above, and further identified herein, for violations of 18 U.S.C. §1343 (Wire Fraud) and 18 U.S.C. § 1344 (Bank Fraud).

### THE DEFENDANTS IN REM

2.    The defendants are personal property and are more fully described as follows:

    A.    Defendant No. 1: Contents of US Bank, account number 145570964133, styled as ASP Incorporated, located at US Bank, 8600 Shawnee Mission Parkway, Overland Park, containing approximately $62,474.53 was seized pursuant to a seizure warrant on August 27, 2009, in the District of Kansas.

    B.    Defendant No. 2: Contents of Peoples Bank, Account No. 102005508, styled as ASP Incorporated, located at 13180 Metcalf Avenue, Overland Park, Kansas, containing approximately $23,400.81 was seized pursuant to a seizure warrant on August 31, 2009, in the District of Kansas.

    C.    Defendant No. 3: Contents of Metcalf Bank, Account No. 10459524, styled as ASP Incorporated, located at Metcalf Bank, 10300 Metcalf Avenue, Overland Park, Kansas containing approximately $33,659.10 was seized pursuant to a seizure warrant on August 31, 2009, in the District of Kansas.

    D.    Defendant No. 4: Contents of Valley View Bank, Account No. 160000454141,

styled as Hermann Wilms, located at Valley View Bank 7500 W. 95th St., Overland Park, KS 66212. containing approximately $7,627.86 was seized pursuant to a seizure warrant on August 27, 2009, in the District of Kansas.

E. Defendant No. 5: Contents of Valley View Bank, Account No. 160012175441, styled as Grant Wilms, located at Valley View Bank 7500 W. 95th St., Overland Park, Kansas, containing approximately $6,601.50 was seized pursuant to a seizure warrant on October 2, 2009, in the District of Kansas.

F. Defendant No. 6: 1998 JAGUAR X8L, VIN: SAJHX6242WC840212, with all attachments thereon, was seized pursuant to a seizure warrant on October 1, 2009, in the District of Kansas.

G. Defendant No. 7: Contents of TransFirst, Account No. 39307302090778, styled as ASP Incorporated, located at TransFirst, 371 Centennial Parkway, Louisville, Colorado, containing approximately $68,660.83 was seized pursuant to a seizure warrant on November 6, 2009, in the District of Colorado.

H. Defendant No. 8: Contents of EPX, Wilmington, Delaware, Merchant Account No. 2924 and all reserve/contra accounts held for ASP Incorporated, containing approximately $30,713.58;

I. Defendant No. 9: Contents of Bank of Blue Valley, Overland Park, Kansas, Account No. 238176, containing approximately $30,142.83;

J. Defendant No. 10: Jensen Marine Sailboat, "Hana II", United States Coast Guard Registration Number 560193.

## JURISDICTION AND VENUE

3. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendants. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4. This Court has *in rem* jurisdiction over the defendants under 28 U.S.C. 1355(b).

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendants are located in this district.

## BASIS FOR FORFEITURE

6. The defendants are subject to forfeiture pursuant to 18 U.S.C. §981 (a)(1)(C)as they constitute or are derived from proceeds of wire fraud and/or bank fraud in violation of 18 U.S.C. §§ 1343 and 1344.

## FACTS

7. The facts and circumstances supporting the forfeiture of the defendants are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the defendants; that the defendants be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

LANNY D. WELCH
United States Attorney

*/s/ Annette B. Gurney*

ANNETTE B. GURNEY
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
KS S.Ct. No. 11602

## DECLARATION

I am John A. Seubert, Special Agent with the United States Secret Service. I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of April, 2010.

_____
John A. Seubert
Special Agent
United States Secret Service